No. 25-10184

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

*Disability Rights Florida, et al.*,
Plaintiffs-Appellees,
v.
*Florida Secretary of State*,
Defendant-Appellant.

(Consolidated with No. 25-10186)
U.S. District Court for the Northern District of Florida,
No. 4:21-cv-187-MW-MAF, No. 4:21-cv-201-MW-MJF (Walker, C.J.)

No. 25-10613

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

*League of Women Voters of Florida, et al.*,
Plaintiffs-Appellees,
v.
*Florida Secretary of State*,
Defendant-Appellant.

U.S. District Court for the Northern District of Florida,
No. 4:21-cv-186-MW-MAF (Walker, C.J.)

No. 25-10614

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

*Harriet Tubman Freedom Fighters Corp., et al.*,
Plaintiffs-Appellees,
v.
*Florida Secretary of State*,
Defendant-Appellant.

U.S. District Court for the Northern District of Florida,
No. 4:21-cv-242-MW-MAF (Walker, C.J.)

*(Cover Page Continued)*

**DEFENDANT-APPELLANT FLORIDA SECRETARY OF STATE'S MOTION TO CONSOLIDATE, LIFT THE STAY, AND SET A BRIEFING SCHEDULE**

Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690
*Counsel for the Florida Secretary of State*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Secretary of State certifies that the following have an interest in the outcome of this case. Note that Defendants, as opposed to "Defendant-Appellant," refer to defendants in the case, other than the Florida Secretary of State.

1.  Adkins, Janet, *Defendant*

2.  Advancement Project National Office, *Attorneys for Plaintiffs-Appellees*

3.  Aguilera, Ceclila, *Attorney for Plaintiffs-Appellees*

4.  Alachua County Attorney's Office, *Attorneys for Defendant*

5.  Andersen, Mark, *Defendant*

6.  Anderson, Christopher, *Defendant*

7.  Anderson, Shirley, *Defendant*

8.  Anstaett, David, *Attorney for Plaintiffs-Appellees*

9.  Arnold & Porter, LLP, *Attorneys for Plaintiffs-Appellees*

10. Arnold, Melissa, *Defendant*

11. Arrington, Mary, *Defendant*

12. Baird, Maureen, *Defendant*

13. Baker McKenzie, LLP, *Attorney for Plaintiffs-Appellees*

14. Bardos, Andy, *Attorney for Defendants*

15. Barton, Kim, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

16.     Beasley, Bobby, *Defendant*

17.     Beato, Michael, *Attorney for Defendant-Appellant*

18.     Begakis, Steven, *Attorney for Intervenor-Defendant*

19.     Bell, Daniel, *Chief Deputy Solicitor General of Florida*

20.     Benda, Kyle, *Attorney for Defendant*

21.     Bennett, Michael, *Defendant*

22.     Bentley and Bruning PA, *Attorney for Defendant*

23.     Bentley, Morgan, *Attorney for Defendant*

24.     Bernstein, Daniel, *Attorney for Plaintiffs-Appellees*

25.     Bishop, Marty, *Defendant*

26.     Black Voters Matter Fund LLC, *Plaintiff-Appellee*

27.     Bledsoe, William, *Attorney for Defendant*

28.     Branch, Aria, *Attorney for Plaintiffs-Appellees*

29.     Brewton Plante PA, *Attorneys for Defendants*

30.     Brigham, Robert, *Plaintiff-Appellee*

31.     Brodeen, Karen, *Attorney for Defendants*

32.     Broward County Attorney's Office, *Attorney for Defendant*

33.     Brown, Summer, *Attorney for Defendant*

34.     Brown, Tomi, *Defendant*

35.     Byrd, Cord, *Defendant-Appellant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

36. Cannon, Starlet, *Defendant*

37. Case, Andrew, *Attorney for Plaintiffs-Appellees*

38. Chambless, Chris, *Defendant*

39. Chason, Sharon, *Defendant*

40. Choi, Ellen, *Attorney for Plaintiffs-Appellees*

41. City of Jacksonville, Office of General Counsel, *Attorneys for Defendant*

42. City of Orlando, *Attorneys for Defendant*

43. Clark Partington, *Attorneys for Defendant*

44. Common Cause, *Plaintiff-Appellee*

45. Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendant*

46. Conyers, Grant, *Defendant*

47. Corley, Brian, *Defendant*

48. County of Volusia, *Attorneys for Defendant*

49. Covington & Burling LLP, *Attorneys for Plaintiffs-Appellees*

50. Cowles, Bill, *Defendant*

51. Cuffe, Edward, *Attorney for Defendant*

52. Cycon, John, *Attorney for Defendant-Appellant*

53. Dandeneau, Debra, *Attorney for Plaintiffs-Appellees*

54. Darrow Everett LLP, *Attorneys for Plaintiffs-Appellees*

55. Davis, Ashley, *Attorney for Defendant-Appellant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

56.    Davis, Vicki, *Defendant*

57.    Demos, *Attorneys for Plaintiffs-Appellees*

58.    Devaney, William, *Attorney for Plaintiffs-Appellees*

59.    Disability Rights Florida, *Plaintiff-Appellee*

60.    District of Columbia, *Amicus*

61.    Doyle, Tommy, *Defendant*

62.    Driggers, Heath, *Defendant*

63.    Druks, Roni, *Attorney for Plaintiffs-Appellees*

64.    Duke, P. Benjamin, *Attorney for Plaintiffs-Appellees*

65.    Dunaway, Carol, *Defendant*

66.    Earley, Mark, *Defendant*

67.    Edwards, Brendalyn, *Attorney for Defendant*

68.    Edwards, Jennifer, *Defendant*

69.    Edwards, Lori, *Defendant*

70.    Elias Law Group, *Attorneys for Plaintiffs-Appellees*

71.    Elias, Marc, *Attorney for Plaintiffs-Appellees*

72.    Equal Ground Education Fund, *Plaintiff-Appellee*

73.    Erdelyi, Susan, *Attorney for Defendants*

74.    Escambia County Attorney's Office, *Attorneys for Defendant*

75.    Fair Elections Center, *Attorneys for Plaintiffs-Appellees*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

76.    Fajana, Francisca, *Attorney for Plaintiffs-Appellees*

77.    Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

78.    Farnam, Alteris, *Defendant*

79.    Faruqui, Bilal, *Attorney for Defendant*

80.    Feiser, Craig, *Attorney for Defendant*

81.    Ferenc, Samuel, *Attorney for Plaintiffs-Appellees*

82.    Florida Alliance for Retired Americans Inc., *Plaintiff-Appellee*

83.    Florida Department of State, *Defendant-Appellant*

84.    Florida Office of the Attorney General, *Attorneys for Defendant*

85.    Florida Rising Together, *Plaintiff-Appellee*

86.    Florida State Conference of the NAACP, *Plaintiff-Appellee*

87.    Ford, Christina, *Attorney for Plaintiffs-Appellees*

88.    Fouhey, Elizabeth, *Attorney for Plaintiffs-Appellees*

89.    Fox, David, *Attorney for Plaintiffs-Appellees*

90.    Freedman, John, *Attorney for Plaintiffs-Appellees*

91.    Galbraith, Miles, *Attorney for Plaintiffs-Appellees*

92.    Galindo, Emily, *Attorney for Plaintiffs-Appellees*

93.    Gardner Bist Bowden et al, *Attorneys for Defendants*

94.    Genberg, Jack, *Attorney for Plaintiffs-Appellees*

95.    Giannini, Mary, *Attorney for Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

96.     Gibson, Benjamin, *Attorney for Intervenor-Defendant*

97.     Goldsmith, Kia, *Attorney for Defendant*

98.     Gray Robinson PA, *Attorneys for Defendant*

99.     Green, Tyler, *Attorney for Intervenor-Defendant*

100.    Griffin, Joyce, *Defendant*

101.    Grimm, Dillon, *Attorney for Plaintiffs-Appellees*

102.    Hanlon, John, *Defendant*

103.    Harriett Tubman Freedom Fighters Corp., *Plaintiff-Appellee*

104.    Hart, Travis, *Defendant*

105.    Hays, Alan, *Defendant*

106.    Healy, Karen, *Highlands County Supervisor of Elections*

107.    Heard, Bradley, *Attorney for Plaintiffs-Appellees*

108.    Henderson Franklin Starnes etc., *Attorneys for Defendants*

109.    Hernando County Attorney's Office, *Attorneys for Defendant*

110.    Herron, Mark, *Attorney for Defendant*

111.    Hillsborough County Office of the County Attorney, *Attorneys for Defendant*

112.    Hirschel, Andrew, *Attorney for Plaintiff-Appellees*

113.    Hispanic Federation, *Plaintiff-Appellee*

114.    Hogan, Mike, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

115.   Holt, Dallin, *Attorney for Defendant-Appellant*

116.   Holtzman Vogel Baran, et al., *Attorneys for Defendant-Appellant*

117.   Hoots, Brenda, *Defendant*

118.   Houlihan, Ashley, *Attorney for Defendant*

119.   Hutto, Laura, *Defendant*

120.   Janousek, John, *Attorney for Defendants*

121.   Jarone, Joseph, *Attorney for Defendant*

122.   Jazil, Mohammad, *Attorney for Defendant-Appellant*

123.   Johnson, Kia, *Attorney for Defendant*

124.   Jones, Tammy, *Defendant*

125.   Jouben, Jon, *Attorney for Defendant*

126.   Joyner, Nia, *Attorney for Plaintiffs-Appellees*

127.   Kahn, Jared, *Attorney for Defendant*

128.   Kanter Cohen, Michelle, *Attorney for Plaintiffs-Appellees*

129.   Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

130.   Keen, William, *Defendant*

131.   Khazem, Jad, *Attorney for Plaintiffs-Appellees*

132.   King Blackwell Zehnder, etc PA, *Attorneys for Plaintiffs-Appellees*

133.   King, Nellie, *Attorney for Plaintiffs-Appellees*

134.   Kinsey, Jennifer, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

135.   Kirk, Stephen, *Plaintiff-Appellee*

136.   Klitsberg, Nathaniel, *Attorney for Defendant*

137.   Knight, Shirley, *Defendant*

138.   Labasky, Ronald, *Attorney for Defendants*

139.   Latimer, Craig, *Defendant*

140.   Latino Justice PRLDEF, *Attorneys for Plaintiffs-Appellees*

141.   Lavia, John, *Attorney for Defendants*

142.   Law Office of Jack D. Evans, *Attorneys for Defendant*

143.   Law Offices of Nellie King PA, *Attorneys for Plaintiffs-Appellees*

144.   League of Women Voters of Florida Education Fund Inc., *Plaintiff-Appellee*

145.   League of Women Voters of Florida, Inc., *Plaintiff-Appellee*

146.   Lenhart, Kaiti, *Defendant*

147.   Lewis, Lisa, *Defendant*

148.   Link, Wendy, *Defendant*

149.   Lux, Paul, *Defendant*

150.   Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

151.   Madison, Alan, *Plaintiff-Appellee*

152.   Marcus, Julie, *Defendant*

153.   Mari, Frank, *Attorney for Defendants*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

154.   Marks Gray PA, *Attorneys for Defendant*

155.   McNeil, Justin, *Jefferson County Supervisor of Elections*

156.   McVay, Bradley, *Attorney for Defendant-Appellant*

157.   Meadows, Therisa, *Defendant*

158.   Meros, George, *Attorney for Intervenor-Defendant*

159.   Messer Caparello & Self PA, *Attorneys for Defendant*

160.   Miami-Dade County Attorney's Office, *Attorneys for Defendant*

161.   Miller, Jeffrey, *Attorney for Plaintiff-Appellees*

162.   Milton, Chris, *Defendant*

163.   Mood, Kirsten, *Attorney for Defendant*

164.   Moore, James, *Attorney for Defendants*

165.   Morales, Ivan, *Attorney for Plaintiffs-Appellees*

166.   Morgan, Joseph, *Defendant*

167.   NAACP Legal Defense & Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

168.   Nabors Giblin, & Nickerson PA, *Attorneys for Defendant*

169.   Nasseri, Cyrus, *Attorney for Plaintiffs-Appellees*

170.   National Center for Law and Economic Justice, *Attorneys for Plaintiffs-Appellees*

171.   National Republican Senatorial Committee, *Intervenor-Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

172. Negley, Mark, *Defendant*

173. Nelson, William III, *Attorney for Defendant*

174. Nordby, Daniel, *Attorney for Intervenor-Defendant*

175. Norris, Cameron, *Attorney for Intervenor-Defendant*

176. Oakes, Vicky, *Defendant*

177. O'Brien, Colleen, *Attorney for Defendant-Appellant*

178. O'Bryant, Patrick, *Attorney for Defendant*

179. O'Callaghan, Brendan, *Attorney for Plaintiffs-Appellees*

180. Ogg, Penny, *Defendant*

181. Olivo, Geraldo, *Attorney for Defendants*

182. Ortega, Michael, *Attorney for Plaintiffs-Appellees*

183. Osborne, Deborah, *Defendant*

184. Ott, London, *Attorney for Defendant*

185. Overturf, Charles, *Defendant*

186. Palm Beach County Supervisor of Elections, *Attorneys for Defendant*

187. Paralyzed Veterans of America Central Florida Chapter, *Plaintiff-Appellee*

188. Paralyzed Veterans of America Florida Chapter, *Plaintiff-Appellee*

189. Perkins Coie LLP, *Attorneys for Plaintiffs-Appellees*

190. Perko, Gary, *Attorney for Defendant-Appellant*

191. Pinellas County Attorney's Office, *Attorneys for Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

192.    Poder Latinx, *Plaintiff-Appellee*

193.    Poliak, Shira, *Attorney for Plaintiffs-Appellees*

194.    Powers, John, *Attorney for Plaintiffs-Appellees*

195.    Price, Tara, *Attorney for Intervenor-Defendant*

196.    Republican National Committee, *Intervenor-Defendant*

197.    Riley, Heathers, *Defendant*

198.    Rogers, Susan, *Plaintiff-Appellee*

199.    Roper PA, *Attorneys for Defendants*

200.    Rosenthal, Oren, *Attorney for Defendant*

201.    Rudd, Carol, *Defendant*

202.    Salzillo, Benjamin, *Attorney for Defendant*

203.    Sanchez, Connie, *Defendant*

204.    Scoon, Cecile, *Plaintiff-Appellee*

205.    Scott, Dale, *Attorney for Defendant*

206.    Scott, Joe, *Defendant,*

207.    Scott, Lori, *Defendant*

208.    Scott, Sharion, *Attorney for Plaintiffs-Appellees*

209.    Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

210.    Seyfang, Amanda, *Defendant*

211.    Shannin Law Firm PA, *Attorneys for Defendants*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

212.  Shannin, Nicholas, *Attorney for Defendant*

213.  Shapiro, Peter, *Attorney for Plaintiffs-Appellees*

214.  Shaud, Matthew, *Attorney for Defendant*

215.  Shearman, Robert, *Attorney for Defendants*

216.  Sherman, Jonathan, *Attorney for Plaintiffs-Appellees*

217.  Shutts & Bowen LLP, *Attorneys for Intervenor-Defendant*

218.  Siegel, Rachel, *Attorney for Defendant*

219.  Sivalingam, Danielle, *Attorney for Plaintiffs-Appellees*

220.  Smith, Diane, *Defendant*

221.  Southerland, Dana, *Defendant*

222.  Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

223.  Stafford, David, *Defendant*

224.  Stafford, William, *Attorney for Defendant*

225.  Stamoulis, Paula, *Defendant*

226.  Stewart, Gregory, *Attorney for Defendant*

227.  Stiefel, Aaron, *Attorney for Plaintiffs-Appellees*

228.  Swain, Robert, *Attorney for Defendant*

229.  Swan, Leslie, *Defendant*

230.  Tarpley, Carlton, *Attorney for Plaintiffs-Appellees*

231.  Tessitore Mari, PLLC, *Attorneys for Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

232. Theodore, Elisabeth, *Attorney for Plaintiffs-Appellees*

233. Todd, Stephen, *Attorney for Defendant*

234. Trigg, Amia, *Attorney for Plaintiffs-Appellees*

235. Tuetken, Adam, *Attorney for Amicus*

236. Turner, Ron, *Defendant*

237. United States of America, *Amicus*

238. UnidosUS, *Plaintiff-Appellee*

239. Uthmeier, James, *Defendant*

240. Valdes, Michael, *Attorney for Defendant*

241. Vicari, Kelly*, Attorney for Defendant*

242. Vigil, Angela, *Attorney for Plaintiffs-Appellees*

243. Villane, Tappie, *Defendant*

244. Volusia County Attorney, *Attorneys for Defendant*

245. Walker, Gertrude, *Defendant*

246. Walker, Mark, *District Court Judge*

247. Washington, D.C., Office of the Attorney General, *Attorneys for Amicus*

248. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

249. Whitaker, Henry C., *Solicitor General of Florida*

250. White, Christina, *Defendant*

251. Wilcox, Wesley, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184 (consolidated )
*League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613
*Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614

252. Williams, Jillian, *Attorney for Plaintiffs-Appellees*

253. Zacherl, Frank, *Attorney for Intervenor-Defendant*

254. Zehnder, Thomas, *Attorney for Plaintiffs-Appellees*

Per Circuit Rule 26.1-2(c), Defendant-Appellant Florida Secretary of State certifies that the CIP contained herein is complete.

Dated: March 4, 2025

/s/ Mohammad O. Jazil
*Counsel for Defendant-Appellant Florida Secretary of State*

## MEMORANDUM

Defendant-Appellant Florida Secretary of State moves this Court under Federal Rule of Appellate Procedure 27 and Eleventh Circuit Local Rule 27-1 to (1) consolidate *League of Women Voters of Florida, et al. v. Florida Secretary of State*, 25-10613, and *Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State*, 25-10614, with the already consolidated *Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184; (2) lift the stay in *Disability Rights Florida*; and (3) set a briefing schedule.

## Background

These cases are about Florida Senate Bill 90, an election reform bill. Four groups of plaintiffs challenged the bill. Those groups are the *League of Women Voters of Florida* Plaintiffs, 4:21-cv-186 (N.D. Fla.); the *Harriet Tubman Freedom Fighters* Plaintiffs, 4:21-cv-242 (N.D. Fla.); the *Florida Rising Together* Plaintiffs, 4:21-cv-201 (N.D. Fla.); and the *Disability Rights Florida* Plaintiffs, 4:21-cv-187 (N.D. Fla.). Those four plaintiffs groups largely raised overlapping challenges to overlapping SB90 provisions.

The district court consolidated the four cases for trial and issued an omnibus final order. All four cases were appealed to this Court. 22-11133, 22-11143, 22-11144, 22-11145. This Court consolidated the four appeals, and largely reversed and remanded the district court's decision. 66 F.4th 905 (11th Cir. 2023).

After the district court resolved the remanded issues, all four plaintiffs groups, in all four cases, moved for attorneys' fees. Some also moved for costs.

In each case, the district court ruled that the plaintiffs groups were entitled to fees (and costs when sought). Those orders were entered around the same time. But the court issued the subsequent case-specific, fee-determination orders on a piecemeal basis.

The court issued its fee-determination orders in *Disability Rights Florida* and *Florida Rising Together* around December 2024. Those cases were then appealed to this Court. The Secretary moved this Court to consolidate and stay those two appeals, pending the final orders in *League of Women Voters of Florida* and *Harriet Tubman Freedom Fighters*.

This Court granted the motion, consolidated the two appellate cases, imposed a stay, and ordered the Secretary to "promptly file a notice with the Court when the purpose for the stay is obviated, along with a motion to lift the stay."

Now, the district court issued its fee-determination orders in *League of Women Voters of Florida* and *Harriet Tubman Freedom Fighters*. Those cases are now on appeal. 25-10613, 25-10614.

## Argument

To make matters easier and more administratively efficient, the Florida Secretary of State asks this Court to do three things.

First, he asks this Court to consolidate all of the SB90 fees cases—*League of Women Voters of Florida*, 25-10613; *Harriet Tubman Freedom Fighters*, 25-10614; and *Disability Rights Florida*, 25-10184 (already consolidated with *Florida Rising Together*, 25-10186). It does no one good to have similar cases, raising similar arguments, from the

same district court, proceed on different appellate tracks. For example, the *League of Women Voters of Florida* case, the *Florida Rising Together* case, and the *Harriet Tubman Freedom Fighters* case all share the same compelled-speech challenge (and fees basis) to the same SB90 provision (the registration-disclaimer provision). Separating these cases make little sense—and risks parallel appeals on the same issue.

Second, the Florida Secretary of State asks this Court to lift the stay in *Disability Rights Florida*. All of the SB90 fees cases have been appealed, and the parties are ready to brief the issues.

And, relatedly, third, the Florida Secretary of State asks this Court to set a briefing schedule.

The Florida Secretary of State asked the four plaintiffs groups for their position on the requested relief. The *League of Women Voters of Florida* Plaintiffs, the *Disability Rights Florida* Plaintiffs, and the *Florida Rising Together* Plaintiffs consent to the requested relief. The *Harriet Tubman Freedom Fighters* Plaintiffs, however, oppose consolidation.

## Conclusion

The Florida Secretary of State asks this Court to (1) consolidate the SB90 fees cases, (2) lift the stay in *Disability Rights Florida*, and (3) set a briefing schedule.

Dated: March 4, 2025

/s/ Mohammad O. Jazil
Mohammad O. Jazil
Michael Beato
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
Phone: (850) 391-0503
Fax: (850) 741-1023
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com

Bradley R. McVay
    Deputy Secretary of State
Ashley E. Davis
    Chief Deputy General Counsel
Brad.McVay@dos.myflorida.com
Ashley.Davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399
Phone: (850) 245-6536
Fax: (850) 245-6127

*Counsel for Defendant-Appellant Florida Secretary of State*

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32, and that the foregoing contains 652 words under Rule 27.

Dated: March 4, 2025 /s/ Mohammad O. Jazil
Mohammad O. Jazil

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing certificate was filed on ECF. It was also emailed to Plaintiffs' counsel.

Dated: March 4, 2025 /s/ Mohammad O. Jazil
Mohammad O. Jazil