No. 25-10614

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**HARRIET TUBMAN FREEDOM FIGHTERS, CORP.,**

*Plaintiff-Appellee,*

v.

**FLORIDA SECRETARY OF STATE,**

*Defendant-Appellant.*

Appeal from the United States District Court for the Northern District of Florida

No. 4:21-cv-242-MW-MAF
The Honorable Mark E. Walker, Judge Presiding

## PLAINTIFF-APPELLEE HARRIET TUBMAN FREEDOM FIGHTERS CORP.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Matletha Bennette
SOUTHERN POVERTY LAW CENTER
PO Box 10788
Tallahassee, FL 32302
Tel: 850-408-4840
matletha.bennette@splcenter.org

Michelle E. Kanter Cohen
FAIR ELECTIONS CENTER
1825 K Street NW, Ste. 701
Washington, DC 20006
Tel: 202-331-0114
mkantercohen@fairelectionscenter.org

Bradley E. Heard
Avner Shapiro*
SOUTHERN POVERTY LAW CENTER
1101 17th St. NW, Ste. 550
Washington, DC 20036
Tel: 470-989-5426
bradley.heard@splcenter.org
avner.shapiro@splcenter.org

*Motion for admission pro hac vice forthcoming*
*Counsel for Harriet Tubman Freedom Fighters Corp.*

No. 25-10614-B
*Harriet Tubman Freedom Fighters Corp. v. Florida Secretary of State*

**PLAINTIFF-APPELLEE HARRIET TUBMAN FREEDOM FIGHTERS CORP.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1 through 26.1-4, Plaintiff-Appellee Harriet Tubman Freedom Fighters Corp. states the following:

1. Plaintiff-Appellee states that it has no parent corporations, nor has it issued shares or debt securities to the public. The organization is not a subsidiary or affiliate of any publicly owned corporation, and no publicly held corporation holds ten percent of its stock.

2. Plaintiff-Appellee certifies that the Certificate of Interested Persons submitted by Defendant-Appellant on March 3, 2025 (ECF No. 4) is complete and correct except for the following additions:

    a. Bennette, Matletha, *Attorney for Plaintiff-Appellee Harriet Tubman Freedom Fighters*

    b. Shapiro, Avner, *Attorney for Plaintiff-Appellee Harriet Tubman Freedom Fighters*

DATED: March 14, 2025           Respectfully submitted,

                                /s/ Michelle E. Kanter Cohen

Matletha Bennette               Michelle E. Kanter Cohen
SOUTHERN POVERTY LAW CENTER     FAIR ELECTIONS CENTER
PO Box 10788                    1825 K Street NW, Ste. 701
Tallahassee, FL 32302           Washington, DC 20006
Tel: 850-408-4840               Tel: 202-331-0114
matletha.bennette@splcenter.org mkantercohen@fairelectionscenter.org

Bradley E. Heard
Avner Shapiro*
SOUTHERN POVERTY LAW CENTER
1101 17th St. NW, Ste. 550
Washington, DC 20036
Tel: 470-989-5426
bradley.heard@splcenter.org
avner.shapiro@splcenter.org

*Motion for admission pro hac vice forthcoming*
*Counsel for Harriet Tubman Freedom Fighters Corp.*

# CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman.

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive notifications.

March 14, 2025 /s/ *Michelle E. Kanter Cohen*
Michelle E. Kanter Cohen

*Attorney for Plaintiff-Appellee*