In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10614

_____

HARRIET TUBMAN FREEDOM FIGHTERS CORP,
PARALYZED VETERANS OF AMERICA FLORIDA CHAPTER,
PARALYZED VETERANS OF AMERICA CENTRAL,
FLORIDA CHAPTER,
STEPHEN KIRK,

                                                    Plaintiffs-Appellees,

HEAD COUNT INC,
a.k.a. HEADCOUNT, et al.,

                                                           Plaintiffs,

*versus*

FLORIDA SECRETARY OF STATE,

                                                  Defendant-Appellant,

2                                                                                                          25-10614

FLORIDA ATTORNEY GENERAL, et al.,

                                                                                            Defendant.

———————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00242-MW-MAF

———————————

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 20, 2025

For the Court: DAVID J. SMITH, Clerk of Court